**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| Vara Birapaka,<br><br>                Plaintiff,<br><br>vs.<br><br>U.S. Army Research Laboratory, et al.,<br><br>                Defendants. | Civil File No. 17-cv-04090-PAM-KMM |

**DECLARATION OF KIRSTEN STORLIE IN SUPPORT OF DEFENDANT
GENERAL DYNAMICS CORPORATION'S MOTION TO DISMISS**

I, Kirsten Storlie, pursuant to 28 U.S.C. § 1746, declare as follows:

1.	I am employed as a Senior Manager of Contracts for General Dynamics Mission Systems, Incorporated. I make this declaration based on my personal knowledge and to the best of my current recollection. I could and would testify to the matters set forth if called upon to do so.

2.	On October 30, 2017, I was at work at the General Dynamics Mission Systems office in Bloomington, Minnesota when I learned that a man was at the office trying to serve a complaint in a lawsuit.

3.	I went to the lobby and met with the man. He handed me a copy of the complaint and a form to sign. I read the form, which had the name of the plaintiff at the top, the date of October 30, 2017, a line that said something to the effect of "I was served" and many blank lines. I signed the form on the blank line that the man indicated. It is my recollection that I also printed my name and title. The man told me he would populate the

1

rest of the form, which I construed to mean the location and time of day at which this transaction occurred. The man left with the signed form. I scanned the complaint and sent it to the legal department of General Dynamics Mission Systems, Incorporated.

4. I am an employee of General Dynamics Mission Systems, Incorporated. General Dynamics Mission Systems, Incorporated is a separate corporation from, and a subsidiary of a subsidiary of General Dynamics Corporation.

5. I am not currently and never have been an employee or officer of General Dynamics Corporation.

6. I am not and never have been an agent of General Dynamics Corporation. I have never represented or acted for or on behalf of General Dynamics Corporation in any way. I have never entered into a contract or other agreement with General Dynamics Corporation to act for or on its behalf. I have never represented to any third party that I was authorized to act for or on behalf of General Dynamics Corporation. To the best of my knowledge, General Dynamics Corporation has never represented to any third party that I was authorized to act on its behalf.

7. To the best of my knowledge, I have not and never have been authorized to accept service of process on behalf of General Dynamics Corporation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2017 at Bloomington, Minnesota.

Kirsten Storlie