# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Vara Birapaka,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>U.S. Army Research Laboratory, et al.,<br><br>　　　　　Defendants. | Civil File No. 17-cv-04090-PAM-KMM<br><br><br>**DEFENDANT GENERAL DYNAMICS CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant General Dynamics Corporation certifies that it does not have a parent corporation and that there is no publicly-held company that owns 10% or more of its stock.

Dated:  November 20, 2017

By  *s/ Jaime Stilson*
Jaime Stilson (#392913)
stilson.jaime@dorsey.com

**DORSEY & WHITNEY LLP**
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

Michael A. Doornweerd
　(*pro hac vice* pending)
Nathaniel K.S. Wackman
　(*pro hac vice* pending)

**JENNER & BLOCK LLP**
353 N. Clark St.
Chicago, IL 60654-3456
Telephone:  (312) 222-9350
Facsimile:  (312) 527-0484

*Attorneys for General Dynamics Corporation*