

RECEIVED
DEC 14 2017
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___Vara Birapaka_____
         Plaintiff(s),

vs.                                          Case No. _17-cv-04090-PAM/KMM

U.S. Army Research Laboratory, The Regents of the University of California, The Regents of the University of California and Griffith University

_____et al.
         Defendant(s).

### MOTION TO/FOR

### An extension of time to respond to Defendants' Motions to Dismiss
(Provide basis for Motion)

The following party/parties (insert the names of all parties who are filing the Motion): Plaintiff, Vara Birapaka in the above-named case hereby move(s) the United States District Court, District of Minnesota for an Order to: (state what you want the Court to order)

for an extension of 90 days to the deadline for responding to Defendants, Qualcomm, General Dynamics, State of Minnesota, Cities of Bloomington and Eagan, Minnesota, Muskegon Catholic Schools, and Mona Shores Public Schools, various motions to dismiss Plaintiffs claims against them

**because:**

SCANNED
DEC 14 2017
U.S. DISTRICT COURT ST. PAUL

(In numbered paragraphs, **briefly** list main reasons the Motion should be granted. Attach additional sheets of paper if necessary; more detail must be provided in a Memorandum of Law accompanying the Motion.)

1. <u>Plaintiff's investigation still on going and since the violations are continuing to be perpetrated and it requires additional time to properly respond to the motions and provide additional facts to support his claims</u>

2. <u>Because Defendant's motions were served immediate before the Thanksgiving holiday, Plaintiff was out of town and requires more time to address their claims</u>

3. <u>Plaintiff is still recovering from the attacks he experienced in July and September of 2017</u>

Said Motion is based upon the attached Memorandum of Law, _____

_____ (identify all other supporting documents that are being submitted with the Motion, if any) and all of the files, records, and proceedings herein.

Signed this __14_ day of _December_, 2017.

        Signature of Party        _[signature]_____

        Mailing Address        3575 Lexington Ave. South

                                    Apt #315

                                    Eagan, MN 55123

        Telephone Number    507-358-8721

Note: All parties filing the Motion must date and sign the Motion and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary. The Motion must be served on each party, together with the Notice of Hearing, the Memorandum of Law and other accompanying documents, if any.