UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Vara Birapaka, | Civ. No. 17-4090 (PAM/KMM) |
| Plaintiff, | |
| v. | **ORDER** |
| U.S. Army Research Laboratory, et al., | |
| Defendants. | |

This matter is before the Court on the Plaintiff's Motion for Extension of Time to file a response to the pending Motions to Dismiss. Plaintiff seeks an additional 90 days to respond. Plaintiff alleges that he requires additional time because the Motions were served while he was out of town, and because he "is still recovering from the attacks he experienced in July and September of 2017." (Docket No. 72.)

Although the Court is sympathetic to the difficulties of proceeding pro se in federal court, the instant Motions do not raise particularly complicated issues. In addition, a three-month extension will unreasonably delay the matter. Thus, the Court will grant Plaintiff a shorter extension than he seeks.

Accordingly, **IT IS HEREBY ORDERED that** Plaintiff's Motion for Extension (Docket No. 72) is **GRANTED** in part, and Plaintiff's response to the pending Motions to Dismiss is due on February 1, 2018, with reply memoranda due on February 8, 2018.

Dated: December 15, 2017

*s/ Paul A. Magnuson*
PAUL A. MAGNUSON
United States District Court Judge