RECEIVED
JAN 29 2018
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Vara Birapaka
        Plaintiff(s),

vs.                                              Case No. 17-cv-04090-PAM/KMM

U.S. Army Research Laboratory, The Regents of the University of California, The Regents of the University of California and Griffith University
        et al.
        Defendant(s),

## MOTION TO/FOR

### An extension of time to respond to Defendants' Motions to Dismiss
(Provide basis for Motion)

The following party/parties (insert the names of all parties who are filing the Motion): Plaintiff, Vara Birapaka in the above-named case hereby move(s) the United States District Court, District of Minnesota for an Order to: (state what you want the Court to order)

for an extension of 30 days to the deadline for responding to Defendants, Qualcomm, General Dynamics, State of Minnesota, Cities of Bloomington and Eagan, Minnesota, Muskegon Catholic Schools, University of Central Florida, and Mona Shores Public Schools, various motions to dismiss Plaintiffs claims against them

SCANNED
JAN 29 2018
U.S. DISTRICT COURT ST. PAUL

**because:**

(In numbered paragraphs, **briefly** list main reasons the Motion should be granted. Attach additional sheets of paper if necessary; more detail must be provided in a Memorandum of Law accompanying the Motion.)

1. Because Plaintiff's advising attorney is currently not helping the Plaintiff on this case due to health reasons, and require additional 30 days for the Plaintiff to address their claims

2. Plaintiff requires additional time to properly respond to the motions and provide additional facts to support his claims

3. Plaintiff is still recovering from the attacks he experienced in January of this year

Said Motion is based upon the attached Memorandum of Law, _____

_____ (identify all other supporting documents that are being submitted with the Motion, if any) and all of the files, records, and proceedings herein.

Signed this 29 day of January, 2018.

Signature of Party     _____

Mailing Address        3575 Lexington Ave. S.  # 315

Eagan MN 55123

Telephone Number       507-358-8721

Note: All parties filing the Motion must date and sign the Motion and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary. The Motion must be served on each party, together with the Notice of Hearing, the Memorandum of Law and other accompanying documents, if any.

2