UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Vara Birapaka,    Civ. No. 17-4090 (PAM/KMM)

    Plaintiff,

v.    **ORDER**

U.S. Army Research Laboratory,
et al.,

    Defendants.

---

This matter is before the Court on Plaintiff's second Motion for Extension of Time to file a response to the pending Motions to Dismiss. Plaintiff seeks an additional 30 days to respond to the various Motions. Plaintiff alleges that he requires additional time because his advising attorney has been ill and because he "is still recovering from the attacks he experienced in January of this year." (Docket No. 110.)

Since the Court's last Order granting in part Plaintiff's first motion for an extension of time (Docket No. 73), seven additional Defendants have moved to dismiss Plaintiff's Amended Complaint. (Docket Nos. 80, 85, 91, 94, 97, 100, 105.) In order to ensure that this matter is completely and efficiently submitted, the Court will grant Plaintiff the extension he seeks. However, the Court will not entertain any further requests for an extension of time. All currently pending motions to dismiss, including those filed since the previous Order, will be subject to the briefing schedule set forth below.

Accordingly, **IT IS HEREBY ORDERED that** Plaintiff's Motion for Extension (Docket No. 110) is **GRANTED**, and Plaintiff's response to all pending Motions to Dismiss is due on March 5, 2018, with any reply memoranda due on March 19, 2018. The Court will consider the matter fully submitted on the papers after March 19, 2018.

Dated: <u>January 30, 2018</u>

<u>*s/ Paul A. Magnuson*</u>
Paul A. Magnuson
United States District Court Judge