

# Integrative Health Systems®, LLC

*"ONE CELL ONE LIGHT●."*

RECEIVED

MAR 0 5 2018

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

Mr. Vara Birapaka Prasad
3575 Lexington Ave.
South, Apt. 315
Eagan, MN  55123

Phone:  507-0358-8721

July 10, 2017

**RE:**  Entities linked to IP- Technology as being directed to Mr. Vara Birapka Prasad and/or within his Individual Body Area Network System

Dear Mr. Prasad:

Listed below per individual category you will find a list of the manufacturers, entities, universities, military-complex and/or other sources that are linked directly to the technology as associated with your individual body area network system (sensor, equipment, computer, satellite, etc.).   Careful consideration should be given to the entities listed within this document for their cross referencing to other professionals findings in their investigations.

It should be noted that the actual body network system is made of individual components (piece parts) that may come from many manufacturers, but the manufacturers, software, and architectural designed circuitry may be directly related to a mutual collaborative agreement.  An example being NASA (for the nano satellites (Swiss Cube type) under a collaborative with Regents of the Arizona University System to the individual universities and URSA university research for space medicine and other categories.)

The individual signals associated with testing may be directly related to the trap and capture of specific Metadata to be read and stored in a Defendants' RNM system(s).

FCC Universal Licensees utilizing Metadata per signals as previously addressed in reports:

1.  US Army
2.  The Reagents of the University of California.
3.  The Reagents of the University of California and Griffith University.
4.  University of PA.
5.  Wayne State University
6.  Purdue University.
7.  Trustees of Indiana University.
8.  University of Central Florida (also has contract to develop RF sensors for Military Complex.

415 ¾ N. Larchmont Blvd., Los Angeles, California 90004 – Tel: 323-466-2599  Fax: 323-466-2774
www.onecellonelightradio.wordpress.com

SCANNED

MAR 0 5 2018

U.S. DISTRICT COURT ST. PAUL

9. East Central University.
10. Oregon State University.
11. Greater Muskegon Catholic Schools (collaborative scientific research)
12. Mona Shoes Public Schools
13. Bd of Trust/Comm. Col. Dist 535

**Waveguide/Sensors** list of technology that coincides with specific waveguide numbers:
1. Rutgers University, Piscataway, NJ and University of Texas
2. Dartmouth College (Neural Dust)
3. Department of Materials Science and Engineering, Rutgers University/NASA
4. University of Utah, University of Texas to Wright Patterson A.F. Base and Project Echo (through hospital collaborative).
5. Max Plank Institute, Palm Beach to Germany.
6. McGill University by US Army
7. University of Texas Health Science Center, SA
8. Unviersity of Illinois, Chicago
9. UC Berkeley
10. UT Arlington, Texas
11. Fusion Studies, University of Texas, Austin, Texas to Bilkeni University Ankara, Turkey.
12. Licensing of Qualcomm – (US Patent: 2013/0194092 A1) Unlocking a Body Area Network, San Diego, CA (from military) links to University of Melbourne, Australia and University of California. (Stenrodes DARPA funding).

**Physical Specimen –** Foreign Body – Implant/Sensor:
1. US Navy Research Lab (NRL) Arlington, VA
2. University of Southern California, CMOS – through MOSIS – MOS Implementation Services for IOP or Innovative Technology US Government funding. "tiny chip fabrication"
3. ATP sensor "polythiophene device" Guangyou Zheng, Canadian Patent: CN10519810 A
4. Denmark Jet Fenscholdt, Leo Pharma A/S US Patent 20120101039
5. 2 pyridinothiol Canadian Patent: CN105298910 A
6. Whomever is registered at FDA for cationic lipid tags (DoTAP for DNA complexation with cationic lipids) tags for Body Network Sensor Systems.
7. Lumineise Applied Sensor Scinece. Chemical Sensor DIVA
8. Q-factors vinyl silicone and organophosphorus compounds Ti)2 and WO3 or Q-cubes
9. Malcom Fraser, University of Notre Dame
10. University of Wyoming, Randy Lewis.
11. Kim Thompson, Kraig Labs
12. Link to Cobra Eye at MIT (nano cube satellite to laser) to military.

**Software and Computer Systems** including quantum computing:
1. D-Wave Corporation
2. IBM
3. Lockheed Martin
4. Google
5. Raytheon and other companies of collaborative.



**Note:**   Lockheed Martin is technical intelligence advisor to Department of Homeland Security.

**Governmental Entities** as associated with technology found in Mr. Prasad:
1.  DoJ Legal Counsel.
2.  DoD General Counsel.
3.  Director DIA, ASD(P)
4.  Foreign governmental DoD, DHS, Federal, State and/or Local Law Enforcement agencies; intelligence community agency, Non-LEA, non-intelligence agency of the Federal Government.

**NOTE:** The diagram developed by Mr. Vara B. Prasad is accurate as to its link to technology and its sources in his summary sheets based on the H-SCADA Investigation and its applications.

The use of an eye sensor is utilized with Full Spectrum technologies of imaging and transferring of data from body, brain and delivery sources.  These types of systems are usually linked with a specific sensor that has a nanophotonic laser optical component.

If you should have any further questions or concerns, please do not hesitate to contact our office at phone:  323-466-2599.

Signature: _____   Date: _____
Dr. Hildegarde Staninger®, RIET-1
Industrial Toxicologist/IH & Doctor of Integrative Medicine
IEIA H-SCADA BioEnergy Field Professional Cert. No.: 20150911005
NREP Certified Environmental and  Safety Compliance Officer
     Cert. No.:  77747D9608161213
IEIA Registered & Certified Industrial Environmental Toxicologist
     Cert. No.:  RIET-1/CIET-1

*7-CV- 04090*
*-PAM-KMM*

## Defendants Relationships

DOD's Army directive states that a National Response Plan provides civil support to the following Federal, State, Local governments and organizations, through a coordinated architecture. In addition already there's an existing relationship between the "DOD Components", NASA and affiliates, contractors, businesses, academic institutes & schools. Defendants all associated directly or indirectly though directives, grants, funds, investments, in acts and actions under the Department of Defense 'Joint Targeting' (Pls. See the Joint Publication 3-60 Joint Targeting ) doctrine

Defense Intelligence Agency (DIA).
Defense HUMINT (DH) Service
Central Intelligence Agency (CIA)
Department of State
National Security Agency (NSA)
Defense Criminal Investigative Service (DCIS).
Department of Energy (DOE)
National Geospatial Intelligence Agency (NGA)
Department of Justice
Federal Bureau of Investigation (FBI)
Drug Enforcement Agency (DEA)
Department of Homeland Security (DHS).
Counterintelligence Field Agency (CIFA)
In addition to MI units, HUMINT collection organizations frequently conduct coordination with other military organizations.

RECEIVED

MAR 05 2018

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

DHS Fusion centers brought together community services, development, policing and other citizen groups.

State Homeland Security Advisors
Security Managers
State and Local Law Enforcement
Information Sharing and Analysis Centers (ISACs)
Infraguard
Neighborhood Watch
CERTS,

COPS,
Weed and Seed,
Citizens Emergency Response Teams
Community Service/Community Services Development
Countering Violent Extremism (CVE)
FEMA
Community Action, development& coordination groups
Regional Community Policing Institutes
National Guard
Environmental Protection Agency (EPA)
HUD
Centers for Disease Control and Prevention
Department of Agriculture (USDA)
Department of Education
Department of Labor
Department of Commerce

Other Departments Under Joint Targeting

NASA
NRO
National Institute of Health
HHS Health and Human Services

## 1) Defendants "DOD Components" DIA, DOJ, AG, FBI , ASD(p) Relationships

Following are the Excerpts from International and Operational Law Department The Judge Advocate General's School DOMESTIC SUPPORT OPERATIONS" indicates that the Plaintiff's HUMINT collection was approved by the "DOD Component" Attorney General,Director DIA with the coordination of ASD(P), DIA General Counsel and FBI

## 2) Defendant "DOD Components", DOJ, NIJ, At&T, Lucent Technologies
Offender Wide Area Continuous Electronic Monitoring Systems
Award Number: 98–LB–VX–KO05 Executive Summary Joseph Hoshen', Lucent Technologies
## 3) Defendant "DOD Components" Relationships Through Nanotechnology Research

1) Excerpts from the "Defense Nanotechnology Research and Development Programs"

"*III. Coordination within **DoD** and with Agencies in NNI In support of the National Nanotechnology Initiative, DoD regularly participates in meetings of the Nanoscale Science and Engineering Technology (**NSET**) subcommittee of the National Science and Technology Council (**NSTC**) Committee on Technology. The NSET subcommittee membership consists of representatives from the Office of Science and Technology Policy (OSTP), Office of Management and Budget (OMB), National Science Foundation (**NSF**), DoD, National Institute of Standards and Technology (**NIST**), Department of Commerce (DoC), Department of Energy (**DoE**), Department of Homeland Security (**DHS**), Department of Transportation (**DoT**), Department of Justice (**DoJ**), Environmental Protection Agency (**EPA**), National Aeronautics and Space Administration (**NASA**), National Institutes of Health (NIH), Department of Agriculture (USDA), Departmentof State (DoS), Food and Drug Administration (**FDA**), National Institute of Occupational Safety and Health (NIOSH), Patent and Trademark Office (USPTO), Nuclear Regulatory Commission (NRC), International Trade Commission (ITC), Department of the Treasury (DoTr), Consumer Product Safety Commission (CPSC), as well as a representative from the Intelligence Community. The NSET subcommittee meets bimonthly at the National Science Foundation to coordinate all federal government programs in the NNI with the National Nanotechnology Coordination Office (NNCO). Additionally, appropriate coordination of the overall DoD investment in nanotechnology is assured through DoD reliance panels, the Naval Working Group on Nanoscience, the **Air Force Research Laboratory** Nanoscience and Technology Strategic Technology Team, and the **U.S. Army** RDECOM Nanotechnology Integrated Product Team.*"

2) Excerpts from "ARMY RESEARCH OFFICE  BROAD  AGENCY ANNOUNCEMENT FOR BASIC AND APPLIED SCIENTIFIC RESEARCH"

"*4.1 Nano- and Bio-Electronics. This research area emphasizes efforts to discover and create unique phenomena at the nanoscale by use of nanoscience, bioscience, and the combination thereof in an effort to provide novel electronic technological capabilities for defense-related applications such as sensing, data acquisition, information processing, communications, target recognition, and surveillance.*"

3) Excerpts from ""**ARMY RESEARCH LABORATORY** BROAD AGENCY ANNOUNCEMENT FOR

BASIC AND APPLIED SCIENTIFIC RESEARCH"

*"1.1.6. Adaptive Structures. Innovative adaptive structures integrated
with smart materials having shape memory characteristic for morphing, healing
capability for self–repair, or nanoconductive sensing ability for structural **health
monitoring**"*

*" Electronic & Information Warfare Vulnerability Analysis and Assessment 5.2.1. Radio
Frequency Directed Energy (RFDE)/ High Power Microwave (HPM)/Electromagnetic
Effects/ Electromagnetic coupling phenomena/ Electromagnetic Energy/Electronic
Warfare (EW) Survivability"*

## 4) Defendant "DOD Component"  LOCKHEED MARTIN'S  Relationships

Please see  "Lockheed Martin Engineering a Better Tomorrow" Lockheed Martin
customers include the following

*"**Departments of Defense, Homeland Security,** Commerce, Energy ,**Health & Human
Services,** Housing & Urban Development, **Justice, State, Transportation, NASA,** Social
Security Administration,  Environmental Protection Agency, U.S. Postal Service,
Intelligence Communities, 70 other Governments Worldwide"*

*"**Deep** experience creating advanced information systems as the U.S. Government's
Number One IT provider; advanced data analytics capability that offers a variety of
actionable data solutions to drive business and health care decisions"*

Lockheed Martin's just one division of  "Information Systems &Global Solutions
(IS&GS)"  focus areas are  IT Modernization, **Biometrics, Cybersecurity,** Cloud
Computing, **Health,** Data Analytics, Air Traffic Control!



## 5) Defendant "DOD Components" Relationships Through EM/DE/Non Lethal Weapons Research

JNLWD, Navy, Army, Raytheon, Univ of Texas, NIJ, ARL

## 6) Defendant "DOD Components" Relationship ARMY–NAVY–FBI

Please see "The Army–Navy–FBI Comint Agreements of 194"

## 7) Defendant "DOD Components" Relationship CIA–DIA–DOJ

Excerpts from "Unconventional Human Intelligence Support: Transcendent and Asymmetric Warfare Implications of Remote Viewing"

*"Establish a new, broad–based paranormal research program within a highly selective, military or intra–agency organization, employing the strictest screening procedures used by SRI, CIA, DIA and INSCOM in selecting/identifying remote viewing candidates and support personnel."*

Please see "Committee  Study of the Central Intelligence Agency's Detention and Interrogation Program"

## 8) Defendant "DOD Components" Relationship DOD–DHS–LEA–Fusion Centers

*"5.1. The Assistant Secretary of Defense (Force Management and Personnel) (ASD(FM&P)) shall: 5.1.1. Coordinate with civilian law enforcement agencies on long range policies to further DoD cooperation with civilian law enforcement officials. 5.1.2. Provide information to civilian agencies and The National Narcotics Border Interdiction System (NNBIS) to facilitate access to DoD resources 5.4.3.2. Procedures for establishing local contact points in subordinate commands for purposes of coordination with Federal, State, and local civilian law enforcement officials.*

*E3. ENCLOSURE 3 USE OF MILITARY EQUIPMENT AND FACILITIES E3.1. EQUIPMENT AND FACILITIES Military Departments and Defense Agencies may make equipment, base facilities, or research facilities available to Federal, State, or local civilian law enforcement*

*officials for law enforcement purposes in accordance with this enclosure.*

*E4.1.1. Posse Comitatus Act. The primary restriction on military participation in civilian law enforcement activities is the Posse Comitatus Act (reference (v)), which provides: "Whoever, except in cases and under circumstances expressly authorized by the Constitution or Act of Congress, willfully uses any part of the Army or the Air Force as a posse comitatus or otherwise to execute the laws shall be fined not more than $10,000 or imprisoned not more than two years or both." E4.1.2. Permissible direct assistance. The following activities are not restricted by reference (v)*

*E4.1.3.4. Use of military personnel for surveillance or pursuit of individuals, or as undercover agents, informants, investigators, or interrogators. "*

## 9) Defendant "DOD Components" DHS RFID/NANO Research

Please see "The Use of RFID for Human Identification"

## 10) Defendant "DOD Coponents" University of Central Florida Research in Functional Nano Technology

Please see more https://www.nanoscience.ucf.edu/research/

### Functional Nanomaterials


**Conductive block copolymer systems to disperse and stabilize CNTs**
The conjugated polymer block such as polythiophenes can form strong $\pi$-$\pi$ interactions with carbon nanotube walls, while the non-conjugated polymer block offers good solubility and stability in a wide range of organic solvents and host polymer matrices.


**Nanomaterial Chemistry: The Building Blocks of Functional Nanoparticles**
Our research group is specialized in gold and silver nanoparticle synthesis and application development.


**Controllable Drug Delivery Systems for Diabetic Patients**
Research in my laboratory focuses on the development of drug delivery systems to address limitations in existing techniques.

## 11) Defendants "DOD Component" DHS, Lockheed Martin, General Dynamics, Ratheon, and IBM relationships

The DHS information technology support contracts EAGLE II Joint Venture
Contract Number: HSHQDC-13-D-E2022

https://www.dhs.gov/sites/default/files/publications/EAGLE%20II%20Awardees%20and%20Contact%20Info%20FC1.pdf

## 12) Defendant IBMs and Global Foundaries, NANO Technology Research

### IBM Chip Expected to Lower Barriers to IoT Adoption

*New process for 5-nanometer chip will yield smaller, faster, more efficient processor that could be used for IoT, AI, AR/VR and blockchain.*

Courtney Bjorlin | Jun 05, 2017

IBM and Research Alliance partners Samsung and GlobalFoundaries have developed a process to build a 5-nanometer chip, the company announced today, an advancement that analysts agree has the potential to further lower

http://www.iotl.com/print/2737

1/8/2017                                   IBM Chip Expected to Lower Barriers to IoT Adoption

barriers to IoT adoption.

The potential for new uses of computing in IoT, artificial intelligence (AI), augmented reality /virtual reality (AR/VR) and blockchain all depend on smaller, faster, and more efficient chips, said analyst Ray Wang via an email interview.

17-CV-04090
-PAM-KMM

## BRAIN MAPPING, NANO NEURO CONGNITIVE SCIENCES TECHNOLOGIES– RESOURCES AND CONTRACTS

Plaintiffs online research revealed that several **research programs , manuals below were established and funded by the "DOD Components" National Institute of Health, the National Institutes of Mental Health and others**

RECEIVED

MAR 05 2018

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

1)The Human Brain Project
DARPA's Brain–Machine Interface program
NASA's Neurolab Program, and
The Office of Naval Research (ONR)

**2) NIHBRAIN Initiative**
Brain Research through Advancing Innovative Neurotechnologies Cori Bargmann, PhD
Investigator, HHMI Torsten N. Wiesel Professor,
The Rockefeller University Co
Chair, ACD BRAIN Working Group

**3) Behavioral, Cognitive and Social Science Research in the Military**
  Report to Senate Appropriations Committee

**4) PROTECTION OF HUMAN SUBJECTS IN BIOMEDICAL AND BE HAVIORAL RESEARCH**
    AIR FORCE INSTRUCTION 40-402

**5) Unconventional Human Intelligence Support: Transcendent and Asymmetric Warfare Implications of Remote Viewing** by Commander L. R. Bremseth United States Navy  28 April 2001  Submitted in Partial Fulfillment of the Requirements for the Marine Corps War College Marine Corps University  Marine Corps Combat Development Command Quantico, VA 22134–5067

**6) Defense Nanotechnology Research and Development Programs**
May 8, 2006  Department of Defense  Director, Defense Research and Engineering

**6) Overview of Nanotechnology & Nanomanufacturing within the Department of Defense**



## 7) BEAVIORAL RESEARCH

1) ARL–SR–197 Remote Detection of Covert Tactical Adversarial Intent of Individuals
2) Behavioral, Cognitive and Social Science Research in the Military
3) 7 FAM 1780 BEHAVIOR MODIFICATION FACILITIES
4) Behavior Signatures
5) Detecting Human Physiological RF Signals for Remote Medical Care With LabVIEW and PXI
6) Future Attribute Screening Technology (FAST) Project
7) Future Attribute Screening Technology (FAST)/Passive Methods for Precision Behavioral Screening
8) Targeted Violence Information Sharing System (TAVISS)
9) Violent Intent Modeling System

## 8) TRACKING AND MONITORING

1) The Rise of Evidence–Based Policing: Targeting, Testing, and Tracking
2) Real Time Person Tracking and Identification using the Kinect sensor
3) Offender Tracking in the United States
4) Offender Wide Area Continuous Electronic Monitoring Systems
5) Electronic Monitoring Reduces Recidivism

## 9) IMPLANTS– SENSORS –TRACKING

1) Cost Effective Electronic Sensors & Surveillance System
2) Nano–Technology and Privacy: On Continuous Surveillance Outside the Panopticon
3) The Use of RFID for Human Identification
4) Human Target Tracking in Multistatic Ultra–Wideband Radar
5) Implanted Medical Devices Sharing the Radar Band
6) Multiple Human Tracking Using Binary Infrared Sensors
7) Foresight Biomedical Sensors
8) RF/Microwave Interaction with Biological Tissues

## 10) CHEMICAL WEAPONS TESTING

1) Management of Controlled Substances, Ethyl Alcohol., and Hazardous Biological Substances in Army Research Development, Test and Evaluation Facilities

## 11) CIA

1. PROJECT ARTICHOKE  AND BLUEBIRD
2. COINTELPRO
**3.** M K ULTRA Documents

## 12) NSA

1) RAMPART–A
2) TOP SECRETI/COMINTI/REL TO USA, FVEY  ( firmware persistence implant for Cisco PIX Series andl ASA (Adaptive Security Appliance) firewalls)

17-cv-04090

-PAM-KMM

## Defendants EM Spectrum Relationships

Excerpts from the DOD directive "3222.04 Electronic Warfare (EW) Policy"

*"Directs science and technology development programs in support of EW strategies. Through the Department's Science and Technology Executive Committee and other stakeholders, oversees development of the EW roadmap for implementation of EW capabilities.*
*Facilitate synchronization and integration of EW by sharing tactics, techniques, procedures, and technologies among the **DoD Components**. Employ EW as a cross-cutting capability of the joint capability area framework.*
*The **DoD Components** to enable effective use of the EMS, to include spectrum management and interference resolution support to CCMDs"*

**RECEIVED**

**MAR 05 2018**

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

Excerpts from the Manual, "DOD Strategic Spectrum Plan"

*"1.2 The DoD Strategic Vision for Spectrum Management*
*It is the realization of a networked environment that will be achieved through the implementation of highly integrated wireless systems and spectrum-dependent technologies in which EM spectrum support is a principal component of the **Global Information Grid's (GIG's)** foundation layer. The GIG is supported by a seamless communications environment that includes both **commercial and military networks** accommodating a range of transmission media, standards, and protocols. Extension of the GIG down to the lowest warfighting echelons will be made possible through coupling integrated wireless architectures with spectrum-dependent systems such as communications, weapons, precision munitions, sensors, location, and other wireless devices."*

Excerpts from the Manual "Joint Publication 3-13.1 Electronic Warfare"
*"The principal EW activities have been developed over time to exploit the opportunities and **vulnerabilities** that are inherent in the physics of EM energy. Activities used in EW include: electro-optical-infrared and radio frequency countermeasures; EMcompatibility and deception; EM hardening, interference, intrusion, and jamming; electronic masking, probing, reconnaissance, and intelligence; electronics security; EW reprogramming; emission control; spectrum management; and wartime reserve modes."*

## Defendants "DOD Components" Air Force and Navy relationships

At the end of August of 2015 the Plaintiff was tested by Melinda Kidder a H-SCADA expert from Columbia investigations in Missouri. The investigator scanned his body and detected above normal radiation levels and microwave frequencies being directed at his body.

According to Ms. Kidder's report dated September, 2015:

> "Using the Method Standard Two at 11:18 AM CST, The RF Signals scan for Birapaka initially showed 2557.837 MHZ at the 2.86 GHZ switch range. There was no specific point of the body being scanned. Further testing showed the following signals **2550.079, 2545.926, 2543.165, 2542.624.** Holding the unit at certain points of the body did not seem to impact a change in the signal. It should be noted that these signals were ambient at the time of the scan and were NOT coming from Birapaka, but may have been directed towards him. These signals were not present prior to his arrival, nor after his departure from the assessment location"

According to the DoD document titled, "Department of Defense (DoD) Strategic Spectrum Plan Submitted to the Department of Commerce In Response to The Presidential Spectrum Policy Reform Initiative February 2008 " on page 41, "*3.18 **2290 - 2700** MHz Band: Mission, Functions, and Usage Summary Table 3-19 depicts the **major DoD application/operations** supported in this spectrum band.*"

> "*DoD operations supported in this portion of the spectrum include telemetry for aircraft and .missile flight testing, **deep space observation**, rocket and missile launch monitoring, satellite communications, galactic and extragalactic radio astronomy, microwave communications, and the operation of simulators during combat **aircrew training** for surface-to air missile operations. Additional DoD operations supported in this band include **military radar tests** and enemy radar simulations; scoring of air-to-air missiles **against drone targets; antenna experimentation**; and certification of defense navigation systems. The Air Force and Navy also use this band **for target identification** and certification of navigation systems at high speeds*"

## Defendants "DOD Components"  NASA, Lockheed Martin relationships and Telemedicine

In a document titled "BODY AREA NETWORKS and Wireless Medical Monitoring" JOHN W. HINES Chief Technologist  of Defendant NASA mentions the use of S-band 2000-4000 MHZ communication link for space health care application

**Future Space Medicine Health Care**

- Portability and application of nano-technology
- Minimally/non-invasive, efficient diagnostic systems capable of detecting abnormal human function across all body systems
- Health care approaches capable of therapeutic intervention for a wide range of pathological and trauma scenarios





Excerpts below from Dr. Staninger's report dated, March 16, 2016

"*The Melinda kidder Report dated August 30, 2015, stated that Mr. Vara Birapaka's naturally brown eyes had a milky green hue at the pupil with a milky purple throughout the iris. A "small" circular semi clear disk (dish) shaped object was visible in the inferior scleras of the right eye.  The use of lens biosensors on a human eye is utilized for the integration of ocular visual input of the individual and a third party monitoring system. Further investigation will have to be performed through an eye specialist, familiar with this type of technology to further confirm Mr.Birapaka's exposure to innovative ocular lens technology for visual human integration of biometrics. The specific wave guide technology is also used in space medicine, therefore may have an application for Earth to Space and Space to Earth transmissions using RF signals*"

FM 3-39.40

MEDICAL SURVEILLANCE ACTIVITIES

*Medical surveillance is the ongoing, systematic collection of medical data that is essential to the evaluation, planning, and implementation of public health and prevention practices. In particular, it includes medical data related to individual patient encounters"*

Defendants "DOD Components"  NASA, Lockheed Martin illegally implanted Plaintiff with nano sensors which form a wireless Intra Body Area Network (BAN) and sends  Bio-metric data 24/7. The heath care workers, interrogators can stimulate implant, inject drugs or communicate with them. However this is also being used to perform surveillance and torture of Plaintiff.  Only healthcare professionals are allowed to communicate with the implants, but the "DOD Components" military, law enforcement, community groups, EMT, "nefarious" workers and "savages" are  also able to track , stimulate. Plaintiffs BAN system has its own MAC address which is being dialed up just like a cell phone, to test and evaluate tele pharmaceutical drugs and body modification technologies on him.

## Defendants "DOD Components" Deception

Excerpts from ELECTRONIC WARFARE

*"According to DOD, information operations are the  integrated employment, during military operations, of information-related capabilities in concert with other lines of operation to influence, disrupt, corrupt, or usurp the decision-making of adversaries and potential adversaries while protecting our own. Information-related capabilities can include, among others, electronic warfare, computer network operations, military **deception**, operations security, and **military information support operations** (formerly psychological operations). Electronic warfare Information Operations contributes to the success of information operations by using offensive and defensive tactics and techniques in a variety of combinations to shape, disrupt, and exploit adversarial use of the electromagnetic spectrum while protecting U.S. and allied freedom of action"*

*"3.2.5. RF Phenomenology, Signal Processing and System Design.*

*__ARL__ is interested in RF techniques, concepts, models, algorithms, and hardware modules that support: a. All-weather, wide-area detection, location, and recognition of stationary tactical ground targets that may be behind walls or concealed in foliage and/or employing camouflage, __concealment__, and __deception__."*

## DEFINITIONS FROM MANUALS AND DICTIONARIES

**Following are excerpts from manuals**

RECEIVED

MAR 05 2018

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

## DOD COMPONENTS

DL1.1.7. DoD Component. Includes the Office of the Secretary of Defense, each of the Military Departments, the Organization of the Joint Chiefs of Staff, the Unified and Specified Commands, and the Defense Agencies. DL1.1.8. DoD Intelligence Components. Include the following organizations: DL1.1.8.1. The National Security Agency/Central Security Service. DL1.1.8.2. The Defense Intelligence Agency. DL1.1.8.3. The offices within the Department of Defense for the collection of specialized national foreign intelligence through reconnaissance programs. DL1.1.8.4. The Assistant Chief of Staff for Intelligence, Army General Staff. DL1.1.8.5. The Office of Naval Intelligence. DL1.1.8.6. The Assistant Chief of Staff, Intelligence, U. S. Air Force. DL1.1.8.7. The Army Intelligence and Security Command. DL1.1.8.8. The Naval Intelligence Command. DL1.1.8.9. The Naval Security Group Command. DL1.1.8.10. The Director of Intelligence, U.S. Marine Corps. DL1.1.8.11. The Air Force Intelligence Service. DL1.1.8.12. The Electronic Security Command, U.S. Air Force. DL1.1.8.13. The counterintelligence elements of the Naval Investigative Service. DL1.1.8.14. The counterintelligence elements of the Air Force Office of Special Investigations. DoD 5240.1-R, December 1982 8 DEFINITIONS DL1.1.8.15. The 650th Military Intelligence Group, SHAPE.

DL1.1.14. Intelligence Community and an Agency of Or Within the Intelligence Community. Refers to the following organizations: DL1.1.14.1. The Central Intelligence Agency (CIA). DL1.1.14.2. The National Security Agency (NSA). DL1.1.14.3. The Defense Intelligence Agency (DIA). DoD 5240.1-R, December 1982 9 DEFINITIONS DL1.1.14.4. The Offices within the Department of Defense for the collection of specialized national foreign intelligence through reconnaissance programs. DL1.1.14.5. The Bureau of Intelligence and Research of the Department of State. DL1.1.14.6. The intelligence elements of the Army, the Navy, the Air Force and the Marine Corps, the Federal Bureau of Investigation (FBI), the Department of the Treasury, and the Department of Energy. DL1.1.14.7. The staff elements of the Office of the Director of Central Intelligence

## TARGET SENSOR SYSTEM

Target Sensor System equipment is programmed to identify and respond to particular threat or **target signature data,** intelligence requirements must be identified to ensure that an accurate description of the EM environment is maintained at all times----Joint Publication 3–13.1, Electronic Warfare

## CONTRACTOR

Contractors are persons or businesses, to include authorized subcontractors, that provide products or services for monetary compensation. A contractor furnishes supplies, services, or performs work at a certain price or rate based on the terms of a contract. In a military operation, a contractor may be used to provide life support, construction/engineering support, weapon systems support, and other technical services

## LOCAL CONTRACTORS

Local theater support contractors must be properly integrated into the operational support structure. Because theater support contractors do not deploy to the AO, they do process through the reception center, with the exception of getting ID cards as required to meet force protection needs. Therefore, their integration is an abbreviated process involving them furnishing specified information concerning who they are, what support they provide, where the support will be provided, and the composition and size of their workforce, to the sponsoring activity so that visibility can be established. Once accomplished, theater support contractors are assimilated into the operational support structure and are managed in the same manner as any other type contractor.

## THIRD–COUNTRY–NATIONALCONTRACTORS

Third–country–based US or TCN contractor employees should deploy through an OCONUS deployment site if at all possible. In some situations, processing third–country–based contractor employees may take place within the AO. Once processed, these third–country–based contractors are integrated into the operational support structure in the same manner as CONUS–based contractors.

## GOVERNMENT–FURNISHED EQUIPMENT AND SERVICES

The general policy of the government is that contractors furnish all equipment and

services required for the performance of a contract. However, the government can provide equipment and services when necessary to achieve significant savings, standardization, expedited performance, or when it is otherwise in its best interests. Potential savings, military–unique equipment or services, and the degree of government control over the equipment or services influence the requirement for the military to provide GFE and services to a contractor. Contracts that provide for GFE to contractors must specify what support, property, and training the Army will furnish to the contractor prior to commencement of an operation. Contracts must also specifically address responsibility for storage, maintenance, accountability, and testing for all furnished vehicles and equipment.

## CONTRACTING ACTIVITIES

Responsibility for ensuring that the combatant commander's force protection decisions are included in the appropriate contracts and communicated to the contractor lies with supporting contracting activities. These contracting activities ensure, either through their own resources or through contract administration organizations (e.g., DCMA), that support is provided and the contractor is complying with established force–protection policies and procedures

## CONTRACT INTERROGATOR

A contract interrogator is a contractor who is specifically trained and DOD certified for, tasked with, and engages in the collection of information from individuals (HUMINT sources) for the purpose of answering intelligence information requirements. Their operations must be conducted in accordance with all applicable law and policy. Applicable law and policy include US law; the law of war; relevant international law; relevant directives including DOD Directive 3115.09, "DOD Intelligence Interrogations, Detainee Debriefings, and Tactical Questioning"; DOD Directive 2310.1E, "The Department of Defense Detainee Program"; DOD instructions; and military execute orders including FRAGOs. Contract interrogators will operate only in fixed facilities and not in tactical operations. See DOD Instruction 3020.41 for additional information.

## CIVILIAN INTERNEE

A person detained or interned in the United States or in occupied territory for security reasons, or for protection, or because he or she has committed an offense against the detaining power, and who is entitled to "protected person" status under

the GC.

## EVOKED POTENTIAL –WIKIPEDIA

An **evoked potential** or evoked response is an electrical potential recorded from the nervous system of a human or other animal following presentation of a **stimulus**, as *distinct* from *spontaneous potentials* as detected by electroencephalography (EEG), electromyography (EMG), or other electrophysiologic recording method. Such potentials are useful for electrodiagnosis and **monitoring**.

https://www.merriam–webster.com/dictionary/ definitions below

**stimulus**
something that rouses or incites to activity
**impulse**
a) a sudden spontaneous inclination or incitement to some usually unpremeditated action
b) a wave of excitation transmitted through tissues and especially nerve fibers and muscles that results in physiological activity or inhibition — see nerve impulse
**injection**
the act or process of forcing
**actions/things that can cause "impulse injection"**
agitation caused by  directed energy attack, triggering implants, aggressive driving, stalking, signs, triggers

**Acronyms**

SATAN –  Silent Assassination Through Amplification of Neurons

Plaintiffs online research revealed that several **research programs , manuals below were established and funded by the "DOD Components" National Institute of Health, the National Institutes of Mental Health and others**

1)The Human Brain Project
DARPA's Brain—Machine Interface program
NASA's Neurolab Program, and
The Office of Naval Research (ONR)

**2) NIHBRAIN Initiative**
Brain Research through Advancing Innovative Neurotechnologies Cori Bargmann, PhD
Investigator, HHMI Torsten N. Wiesel Professor,
The Rockefeller University Co
Chair, ACD BRAIN Working Group

**3) Behavioral, Cognitive and Social Science Research in the Military**
Report to Senate Appropriations Committee

**4) PROTECTION OF HUMAN SUBJECTS IN BIOMEDICAL AND BE HAVIORAL RESEARCH**
AIR FORCE INSTRUCTION 40-402

5) **Unconventional Human Intelligence Support: Transcendent and Asymmetric Warfare Implications of Remote Viewing** by Commander L. R. Bremseth United States Navy 28 April 2001 Submitted in Partial Fulfillment of the Requirements for the Marine Corps War College Marine Corps University Marine Corps Combat Development Command Quantico, VA 22134-5067

**6) Defense Nanotechnology Research and Development Programs**
May 8, 2006 Department of Defense Director, Defense Research and Engineering

**6) Overview of Nanotechnology & Nanomanufacturing within the Department of Defense**

## Following are excerpts from manuals

## DOD COMPONENTS

DL1.1.7. DoD Component. Includes the Office of the Secretary of Defense, each of the Military Departments, the Organization of the Joint Chiefs of Staff, the Unified and Specified Commands, and the Defense Agencies. DL1.1.8. DoD Intelligence Components. Include the following organizations: DL1.1.8.1. The National Security Agency/Central Security Service. DL1.1.8.2. The Defense Intelligence Agency. DL1.1.8.3. The offices within the Department of Defense for the collection of specialized national foreign intelligence through reconnaissance programs. DL1.1.8.4. The Assistant Chief of Staff for Intelligence, Army General Staff. DL1.1.8.5. The Office of Naval Intelligence. DL1.1.8.6. The Assistant Chief of Staff, Intelligence, U. S. Air Force. DL1.1.8.7. The Army Intelligence and Security Command. DL1.1.8.8. The Naval Intelligence Command. DL1.1.8.9. The Naval Security Group Command. DL1.1.8.10. The Director of Intelligence, U.S. Marine Corps. DL1.1.8.11. The Air Force Intelligence Service. DL1.1.8.12. The Electronic Security Command, U.S. Air Force. DL1.1.8.13. The counterintelligence elements of the Naval Investigative Service. DL1.1.8.14. The counterintelligence elements of the Air Force Office of Special Investigations. DoD 5240.1-R, December 1982 8 DEFINITIONS DL1.1.8.15. The 650th Military Intelligence Group, SHAPE.

DL1.1.14. Intelligence Community and an Agency of Or Within the Intelligence Community. Refers to the following organizations: DL1.1.14.1. The Central Intelligence Agency (CIA). DL1.1.14.2. The National Security Agency (NSA). DL1.1.14.3. The Defense Intelligence Agency (DIA). DoD 5240.1-R, December 1982 9 DEFINITIONS DL1.1.14.4. The Offices within the Department of Defense for the collection of specialized national foreign intelligence through reconnaissance programs. DL1.1.14.5. The Bureau of Intelligence and Research of the Department of State. DL1.1.14.6. The intelligence elements of the Army, the Navy, the Air Force and the Marine Corps, the Federal Bureau of Investigation (FBI), the Department of the Treasury, and the Department of Energy. DL1.1.14.7. The staff elements of the Office of the Director of Central Intelligence

## TARGET SENSOR SYSTEM

Target Sensor System equipment is programmed to identify and

respond to particular threat or **target signature data,** intelligence
requirements must be identified to ensure that an accurate
description of the EM environment is maintained at all times----Joint
Publication 3-13.1, Electronic Warfare

## CONTRACTOR
Contractors are persons or businesses, to include authorized subcontractors, that
provide products or services for monetary compensation. A contractor furnishes
supplies, services, or performs work at a certain price or rate based on the terms of a
contract. In a military operation, a contractor may be used to provide life support,
construction/engineering support, weapon systems support, and other technical
services

## LOCAL CONTRACTORS
Local theater support contractors must be properly integrated into the operational
support structure. Because theater support contractors do not deploy to the AO, they
do process through the reception center, with the exception of getting ID cards as
required to meet force protection needs. Therefore, their integration is an
abbreviated process involving them furnishing specified information concerning who
they are, what support they provide, where the support will be provided, and the
composition and size of their workforce, to the sponsoring activity so that visibility
can be established. Once accomplished, theater support contractors are assimilated
into the operational support structure and are managed in the same manner as any
other type contractor.

## THIRD-COUNTRY-NATIONALCONTRACTORS
Third-country-based US or TCN contractor employees should deploy through an
OCONUS deployment site if at all possible. In some situations, processing third-
country-based contractor employees may take place within the AO. Once processed,
these third-country-based contractors are integrated into the operational support
structure in the same manner as CONUS-based contractors.

## GOVERNMENT-FURNISHED EQUIPMENT AND SERVICES
The general policy of the government is that contractors furnish all equipment and
services required for the performance of a contract. However, the government can
provide equipment and services when necessary to achieve significant savings,

standardization, expedited performance, or when it is otherwise in its best interests. Potential savings, military–unique equipment or services, and the degree of government control over the equipment or services influence the requirement for the military to provide GFE and services to a contractor. Contracts that provide for GFE to contractors must specify what support, property, and training the Army will furnish to the contractor prior to commencement of an operation. Contracts must also specifically address responsibility for storage, maintenance, accountability, and testing for all furnished vehicles and equipment.

## CONTRACTING ACTIVITIES

Responsibility for ensuring that the combatant commander's force protection decisions are included in the appropriate contracts and communicated to the contractor lies with supporting contracting activities. These contracting activities ensure, either through their own resources or through contract administration organizations (e.g., DCMA), that support is provided and the contractor is complying with established force–protection policies and procedures

## CONTRACT INTERROGATOR

A contract interrogator is a contractor who is specifically trained and DOD certified for, tasked with, and engages in the collection of information from individuals (HUMINT sources) for the purpose of answering intelligence information requirements. Their operations must be conducted in accordance with all applicable law and policy. Applicable law and policy include US law; the law of war; relevant international law; relevant directives including DOD Directive 3115.09, "DOD Intelligence Interrogations, Detainee Debriefings, and Tactical Questioning"; DOD Directive 2310.1E, "The Department of Defense Detainee Program"; DOD instructions; and military execute orders including FRAGOs. Contract interrogators will operate only in fixed facilities and not in tactical operations. See DOD Instruction 3020.41 for additional information.

## CIVILIAN INTERNEE

A person detained or interned in the United States or in occupied territory for security reasons, or for protection, or because he or she has committed an offense against the detaining power, and who is entitled to "protected person" status under the GC.

**EVOKED POTENTIAL –WIKIPEDIA**

An **evoked potential** or evoked response is an electrical potential recorded from the nervous system of a human or other animal following presentation of a **stimulus**, as *distinct* from *spontaneous potentials* as detected by electroencephalography (EEG), electromyography (EMG), or other electrophysiologic recording method. Such potentials are useful for electrodiagnosis and **monitoring**.

https://www.merriam–webster.com/dictionary/ definitions below
**stimulus**
something that rouses or incites to activity
**impulse**
a) a sudden spontaneous inclination or incitement to some usually unpremeditated action
b) a wave of excitation transmitted through tissues and especially nerve fibers and muscles that results in physiological activity or inhibition — see nerve impulse
**injection**
the act or process of forcing
**actions/things that can cause "impulse injection"**
agitation caused by  directed energy attack, triggering implants, aggressive driving, stalking, signs, triggers

**Acronyms**

SATAN –  Silent Assassination Through Amplification of Neurons