# UNITED STATES DISTRICT COURT
## District of Minnesota

Vara Birapaka,

Plaintiff(s),

v.

U.S. Army Research Laboratory, The Regents of the University of California, The Regents of the University of California and Griffith University, University of PA, Wayne State University, Purdue University, The Trustees of Indiana University, University of Central Florida, East Central University, Oregon State University, Consortium for Public Education, Greater Muskegon Catholic Schools, Mona Shores Public Schools, BD of Trust/Comm. Col. District 535, Rutgers University, University of Texas, Dartmouth College, Dept of Material Science and Engineering, Rutgers University/NASA, University of Utah, University of Texas, Wright-Patterson A.F. Base, Max Plank Institute, Germany, McGill University/US Army, The University of Texas Health Science Center, San Antonio, University of Illinois, Chicago, University of California-Berkeley, University of Texas-Arlington, University of Texas-Austin, Bilkeni University Turkey, Qualcomm, Inc., University of Melbourne, University of California-San Diego, US Navy Research Laboratory, University of Southern California, Guangzhou Zheng, LEO Pharma, Inc., Malcom Fraser, University of Notre Dame, Randy Lewis, University of Wyoming, Kim Thompson, Kraig Biocraft Laboratories, Inc., Lincoln Laboratory, Massachusetts Institute of Technology, D-Wave Corporation, International Business Machine, Inc., Lockheed Martin, General Dynamics, Alphabet, Raytheon, Dept. of Justice Legal Counsel, Dept. of Defense General Counsel, Director, DIA ASD(P), Minnesota Dept. of Human Services, Central Intelligence Agency, Federal Bureau of Investigation, National Security Administration, Mark Dayton, Governor of Minnesota, Lori Swanson, Minnesota Attorney General, City of Eagan, David Wade, City of Bloomington, Vicki S. Thompson, and Seungdo Kim,

Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:   17-cv-4090 (PAM/KMM)

☐ **Jury Verdict**.   This action came before the Court for a trial by jury.  The issues have been

tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. General Dynamics's Motion to Dismiss (Docket No. 80) is **GRANTED**;

2. Lori Swanson, Mark Dayton, and the Minnesota Department of Human Services' Motion to Dismiss (Docket No. 85) is **GRANTED**;

3. Qualcomm, Inc.'s Motion to Dismiss (Docket No. 97) is **GRANTED**;

4. The Cities of Bloomington and Eagan's Motion to Dismiss (Docket No. 94) is **GRANTED**;

5. Mona Shores Public Schools' Motion to Dismiss (Docket No. 55) is **GRANTED**;

6. Greater Muskegon Catholic Schools' Motion to Dismiss (Docket No. 91) is **GRANTED**;

7. University of Central Florida's Motion to Dismiss (Docket No. 100) is **GRANTED**;

8. Oregon State University's Motion to Dismiss (Docket No. 105) is **GRANTED**; and

9. This matter is **DISMISSED with prejudice**.

Date:  April 18, 2018                                   KATE M. FOGARTY, CLERK

                                                        s/Lynnette Brennan
                                                        (By)  Lynnette Brennan, Deputy Clerk