RECEIVED
MAY 0 7 2018
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_Vara Birapaka_
Plaintiff(s),

vs.

Case No. _17-cv-04090-PAM/KMM_

U.S. Army Research Laboratory, The Regents of the University of California, The Regents of the University of California and Griffith University

_____ et al._
Defendant(s).

## MOTION TO/FOR

### An extension of time to respond to Defendants' Motions to Dismiss
(Provide basis for Motion)

The following party/parties (insert the names of all parties who are filing the Motion): Plaintiff, Vara Birapaka in the above-named case hereby move(s) the United States District Court, District of Minnesota for an Order to: (state what you want the Court to order)

for a reconsideration and relief from the judgment and to reopen the case for a new trial of the Plaintiffs claims against the Defendant's

**because:**

SCANNED
MAY 0 8 2018
U.S. DISTRICT COURT ST. PAUL

(In numbered paragraphs, **briefly** list main reasons the Motion should be granted. Attach additional sheets of paper if necessary; more detail must be provided in a Memorandum of Law accompanying the Motion.)

1. Since crimes are continuing to be perpetrated against the Plaintiff and the investigation is still on going

2. Plaintiff will make an amended complaint with additional information and outed defendants

3. Nothing the Plaintiff did in the original complaint disqualifies him from reopening the case.

Said Motion is based upon the attached Memorandum of Law, _under Rule (59) in the alternative under Rule(60)_____(identify all other supporting documents that are being submitted with the Motion, if any) and all of the files, records, and proceedings herein.

Signed this __7_ day of _May, 2018.

Signature of Party _____

Mailing Address 3575 Lexington Ave. South
Apt #315
Eagan , MN 55123

Telephone Number 507-358-8721

Note: All parties filing the Motion must date and sign the Motion and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary. The Motion must be served on each party, together with the Notice of Hearing, the Memorandum of Law and other

a
c
c
o
m
p
a
n
y

2