# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Vara Birapaka            Case No.0:17-cv-04090-PAM/KMM

    Plaintiff,               Plaintiffs response to order

V.

U.S. Army Research Laboratory, The Regents of the University of California,
The Regents of the University of California and Griffith University    et al.
Defendants

Vara Birapaka, 3575 Lexington Ave. S. #315, Eagan, MN 55123 pro se plaintiff

In response to the Order of April 19, 2018 ( post office date stamp on the letter ) issued by this Court, which Order states:

*"As noted, the Amended Complaint names more than 65 Defendants. Although Birapaka has secured summonses for all or nearly all Defendants, only 11 Defendants have made an appearance, and all of those 11 Defendants have moved to dismiss for failure to state a claim. Rule 4(m) of the Federal Rules of Civil Procedure requires that the Court dismiss without prejudice any Defendant not served within 90 days of a complaint's filing. Birapaka is well aware of this Rule, having had a previous lawsuit dismissed under Rule 4(m). Birapaka v. United States, Civ. No. 16-4350 (D. Minn. dismissed July 31, 2017). Yet he has not effected service on more than 50 Defendants in more than six' months that this matter has been pending."*

1) The Plaintiff in the beginning filed the complaint with the court on December 27, 2016. However plaintiff never received any "proper" summons documents from office of the court via postal service or any other means. In April of 2017 plaintiff received an "Order to Show Cause" (4/17/17) reasons why he did not serve the summons within 90. Since the Plaintiff never received any "proper" summons documents in the first place due to clerical mistake after the initial complaint was filed. Then Plaintiff filed a motion and downloaded the summons forms online, got them notarized, and served on a few Defendants. On 31 July 2017 judge dismissed stating that the Plaintiff did not "properly" served the summons again however Plaintiff again never received any "proper" summons documents

SCANNED
MAY 0 8 2018
U.S. DISTRICT COURT ST. PAUL

2) Plaintiff received the "proper" summons documents for the amended complaint in the 3rd week of September 2017. Later Plaintiff hired a process server who began sending the summons. So far nearly 20 Defendants actually received the summons and only 11 chose to respond. Some of the defendants refused or continue to stonewall the servers. For example, NASA and others refused the summons on their premise.
3) Its difficult to serve to some of the Defendant's since they're residing in other countries, in like Italy, Germany, Canada, Turkey and Australia. Although Plaintiff' is making an effort to serve them
4) The "non-moving" Defendants "Lockheed Martin", "Great Lakes Bioenergy Research Center" and others although received the summons over six months ago but never responded and chose to ignore the court order
5) The Plaintiff' requests the honorable court show some flexibility knowing "timing" difficult in serving some of the Defendants, and bear in mind of the crimes continue to be perpetrated against him

*"the pleading contains a recitation of the alleged harassment and other activities Birapaka believes are connected to the collective Defendants' ostensible implantation of tracking devices into Birapaka's body. Birapaka ascribes nefarious meaning to occurrences such as his failure to secure an interview after sending out 10 resumes to potential employers (Q at 29), ambulances and other emergency vehicles appearing on the freeway (id at 28), his refrigerator breaking down detection of fraudulent purchases on his credit card"(iQ, at 32). He asserts that' the 'events' he describes can only be attributed to Defendants' allegedly illegal activities"*

1) The "nefarious jobs" are performed by the "community policing" workers, organized crime, illegals, proxy stalking groups, "community" groups, neighborhood watch groups who moved in the close proxymity of the Plaintiff. Please see the excerpts in pic(1) from the FBI letter
2) The Defendant "DOD Components" FBI's COINTELPRO documents reveal "nefarious jobs" covert and overt manipulation like conspicuous surveillance, spreading rumors, workplace slander, anonymous telephone calls, burglaries, vandalism, slashing & deflating tires, disabling vehicles & batteries, cameras destroying laptops all of which the Plaintiff has been a victim of since beginning 2011.
3) Just in the last 6 month Plaintiffs 2 year old vehicle tires were deflated nearly

20 times by these "community policing" workers. In the last four years his apartment was broken in 3 times, items taken & different items were placed, his vehicle broken in 3 times and items taken & different items were placed, his vehicle was tampered nearly 40 times including breaking his windshield, puncturing his tires, tampering. His laptops were hacked and rendered inoperable, his other electronic equipment were damged, .... ( Please see.NIJ's Department of Defense Nonlethal Weapons and Equipment Review: A Research Guide for Civil Law Enforcement and Corrections )

4) The DOD directive 3000.03E April 25, 2013 USD(AT&L), SUBJECT: DoD Executive Agent for Non-Lethal Weapons (NLW), and NLW Policy mentions where vehicles or any electronic equipment can be penetrated and disabled using a NLW etc.

pic(1)

```
ALL LEGATS                                    (1) - Mr. A. B. Fulton
FROM: DIRECTOR, FBI                                 PERSONAL ATTENTION
                                               1 - Mr. T. J. Deakin
ATTORNEY GENERAL'S REQUEST RE SENSITIVE INVESTIGATIVE
TECHNIQUES.

    THE ATTORNEY GENERAL, NOTING THE DEPARTMENT IS REVIEWING
ACTIVITIES CONDUCTED UNDER PRESIDENTIAL AUTHORITY FOR
USE OF WARRANTLESS ELECTRONIC SURVEILLANCE FOR FOREIGN
INTELLIGENCE, INCLUDING COUNTERINTELLIGENCE PURPOSES, REQUESTED
A REVIEW OF ALL OTHER ACTIVITIES WHICH ARE OR CAN BE CONDUCTED
BY THE BUREAU INVOLVING NONCONSENSUAL, WARRANTLESS INTRUSION
UPON REAL OR PERSONAL PROPERTY; NONELECTRONIC EAVESDROPPING
INTERCEPTION OR OTHER RECEIPT NOT AUTHORIZED BY THE SENDER
OR RECEIVER OF THE CONTENTS OF WIRE, RADIO OR WRITTEN
COMMUNICATIONS; AND ALL OTHER ACTIVITIES, WHETHER OR NOT
INVOLVING ELECTRONIC SURVEILLANCE OR PHYSICAL INTRUSION, THAT
MIGHT BE CALLED INTO QUESTION OR SHOULD BE REVIEWED.
    THE ATTORNEY GENERAL REQUESTED A DESCRIPTION OF THE TYPES
OF SUCH ACTIVITIES NOW BEING CONDUCTED BY THE BUREAU, AND ALSO
ANY ADDITIONAL TYPES WHICH THE BUREAU CONSIDERS ITSELF
AUTHORIZED TO CONDUCT. IN ADDITION, A REPORT ON ANY SUCH
PAST ACTIVITIES WAS ALSO REQUESTED BY THE ATTORNEY GENERAL.
    CANVASS YOUR PERSONNEL FOR ANY SUCH TYPES OF ACTIVITIES
CONDUCTED IN YOUR OFFICE AND NOTE WHETHER USED IN ORGANIZED
CRIME, GENERAL CRIMINAL, FOREIGN INTELLIGENCE, OR DOMESTIC
```

*"And even if the all*

*egations were plausible, Birapaka has not even attempted to allege how any of his contentions relate to any specific Defendant. And it is difficult to imagine that, for example, moving Defendants Mona Shores Public Schools or Greater Muskegon Catholic Schools, secondary school districts in Michigan, played any role whatsoever in Birapaka's allegations"*

1) The schools are involved due to the signals some of them being for public safety, measures including guns in schools, watching and other programs of DHS/FBI, since the Plaintiff is "watch listed"
2) Also through "collaborative scientific research" weather NNI, NIST, NBI or other projects schools are linked to universities and the "DOD Components"
3) The University of Michigan at Ann Arbour working with NASA on Horn Antenna application. The Plaintiff body contain nano horn antennas which form the BAN ( Please see : NASA/Center for Space Terahertz Technology Electrical Engineering and Computer Science Department University of Michigan )


*"The allegations in the Amended Complaint are implausible at best and a reflection of rampant paranoia at Worst"...Many of Plaintiffs claims represent the type of 'bizarre conspiracy theories,' 'frivolous,' and 'essentially fictitious' claims that are patently insubstantial and present no federal question suitable for decision"*

(1) Plaintiff so far presented the court with documents that are only facts about the crimes of experimentation, implantation, electronic imprisonment, slavery and torture perpetrated by the "DOD Components" on orphaned Plaintiff 24/7 for 8 years. He had to totally dedicated last three years despite going through torture, into investigation and research, into various Defendant US government manuals, directives. Plaintiff has under gone scanning of his body for implants & radiation by certified H-SCADA investigator Ms. Melinda Kidder and he also underwent bio resonance tests twice by Dr. Staninger. The test indicated the presence of nano material and toxins in his body. The Plaintiff presented the court with reports from the implants forensics, analysis, toxicologists, FCC traces, Surgeon, and the primary care physicians all experts in their fields. Plaintiff can show the court if needed for their own analysis the "implantable Biosensor" which was removed from his body and currenlty being stored in the

laboratory.

(2) Also Plaintiff wants to remind the court there are still more implants in his body. The Plaintiff is continuing to be subjected to experimentation and torture

(3) A recent FOIA request by Journalist Curtis Waltman where the Defendant "DOD Components" DHS accidentally released a document on Brain Mapping: *"Earlier this year, MuckRock Journalist Curtis Waltman (who specializes in filing Freedom of Information Act (FOIA) requests) wrote to the Washington State Fusion Center (WSFC) – a joint operation between Washington State law enforcement and the federal government – to request information about Antifa and white supremacist groups. He received a satisfactory response to the question she had asked, but as Waltman notes, when you send thousands of FOIA requests, you are bound to get some very weird responses from time to time...and so he did – attached to the response was a file titled "EM effects on human body.zip." Inside were documents like this"* – Intellihub

(4) Please see the following pics in the recieved FOIA request file "EM effects on human body.zip"

Pic a)



PSYCHO-ELECTRONIC WEAPON EFFECTS
www.raven1.net

Pic b)



Remote Mind Control / Remote Brain Mapping

Pic c)

Spectrum: Emission or wave propagation (Electronic Signal). To make communication, to identify any object emitting frequency. Human body emit very Low electronic signal as temperature/heat (Brain Wave - Delta, Theta, Alpha, Beta, Gamma etc).

- Bio_Electromagnetic Field which is unique for every human body.
  This is Electronic signal frequency ID of each object.
  Radar Electronic signal detect the object(Human Body) for modulation human brain wave.



Bio_Electromagnetic

### Human Brain Wave:

```
Delta is the frequency range up to 4 Hz.
Theta is the frequency range from 4 Hz to 7 Hz.
Alpha is the frequency range from 8 Hz to 12 Hz.
Beta is the frequency range from 12 Hz to about 30 Hz.
Gamma is the frequency range approximately 30-100 Hz.
Mu ranges 8-13 Hz.
```

Supratik Saha
(Software And Electronics & Comm. Engg.)

*"They commonly argue that the Amended Complaint utterly fails to state any claims on which relief can be granted in this Court, and that argument, too, is correct...Because none of Birapaka's claims are cognizable in federal court, or indeed in any court, this case must be dismissed"*

The Plaintiff was unable to file a full fledged "claims" in the previous amendment owing to the "timing" of his previous attorney leaving the case for health reasons. And the Plaintiff was not able to find an Attorney in time. The new advising part-time attorney he found in February is still unable to get up to speed. Also Plaintiff wants to remind the court that English is not his mother tongue and he has to go through a language editor previously. The Plaintiff will file an "amended" complaint

Date __7 May 2018_____

Signature_____

Name ___Vara Birapaka_____

Address_3575 Lexington Ave. S.____

Apt # 315_____

Eagan MN 55123 _____

T
e
l

N
u
m
b
e

The Defendant "DOD Component" State of Minnesota, Defendant Minnesota Department of Corrections, MN Fusion Center, NASA, FBI, DHS, NIH, FDA, National Institute of Justice, and others continue to subject the Plaintiff to harassment, experimentation, intellectual property theft, industrial espionage, murder attempts, torture and over exposure to non-ionizing radiation. As well as nonconsensual implantation of experimental nanotechnology electronic devices, biosensors, waveguides and others made from known toxic and carcinogenic advanced materials, while promoting the goals of "national security" and "economic benefit" under the pretext of the advanced understanding of "Nanotechnology and Neuro Cognitive Sciences"

Further, the Defendant "DOD Components" conspired together to conceal their criminal activities including the development, testing and implementation of control models "behavior modification", "community policing", "brain mapping", "somatic" surveillance ", "remote medicine" and "commodification of bodily functions" on Plaintiff.

Plaintiff has undergone Bio-Resonance patch test twice conducted by Dr. Staninger, which found nanoelectronics material and toxins. The H-SCADA implant scanning done by Ms. Melinda Kidder found RF signals (one among other frequencies 2413.071 MHZ meant for "**biological data asset collection**") being pointed at the Plaintiff, higher levels of radiation in different locations on his body, Infrared device in the eye and black vein lines in the abdomen area. Later the "One Stop Private Investigation Services" traced these frequencies to the "DOD Components" including US Military and their "Collaborative Research and Development" affiliates in the corporate world, academics, schools and labs. In the late March 2017 Dr. Kolb surgically removed the one of the implants from the right posterior ear. Dr. Steinigers analysis report concluded that it is a nanoelectronics semiconductor device is an "implantable Biosensor".

The development and testing of these experimental nano technology devices "implantable Biosensor's, "control models" and software used for tracking, surveillance, "Electronic in-home Detention", "Remote electronic monitoring and supervision" tools ( Offender Area Wide Tracking Systems) for "community policing" by DHS, and likewise "behavior modification", "nudge "system " for DOJ, NIJ, "non-lethal weapons" for NIJ, LEA, "remote medicine" for NASA , "brain mapping" for NIH, "quantum computing" for IBM & DWAVE and "intelligence

collection" under "joint targeting" conducted by the Defendants "DOD Components" for CIA, DHS, NSA, Military and others. These "control models", tools, applications, nanoelectronics devices that are being developed and tested by utilizing the statistical response data *"biological data asset"* gathered over time by running the Plaintiff 24/7 through" control model-based harassment and verification routines".

The "control model-based harassment and verification routines" are intended to cause physical and physiological response "evoked potential" in the brain by disrupting the normal thought process "impulse injection". By using physical & psychological harassment tactics like triggering implants, EM &NLW attacks, "Fabricated or Falsified" theater, mobbing, stalking, aggressive driving, sleep deprivation any action that can disrupt his daily life functions, anything that grabs the Plaintiff's attention and interferes with the memory and normal thought process. Just to cite one of countless incidences. on March 24, 2014, Plaintiff was leaving his office and heading home. A black sedan tried to enter the intersection when Plaintiff was making a left turn. He slammed on the brakes, avoided the collision but the same thing happened at the same place a day later (The Plaintiff has the visual evidence of this). The evening following the second incident, the Plaintiff was overly cautious at that intersection. The Defendants were able to initiate a subconscious response *"biological data asset"* which can then be recorded by the "DOD Components" NASA, DHS, NIJ and others RNM & Computer systems via Plaintiff's BAN.

According to January 2016 report by Johns Hopkins, posted on The NIJ website, "Electronic supervision Technologies by themselves do not foster pro-social behavior or reduce recidivism, but when implemented and operated within an overall strategy of behavioral modification, there is potential for some electronic supervision tools to enhance community supervision outcomes".

This "behavior modification" program started under the auspices of the "Contraband Cellphone interdiction" program later implemented in "community policing", DHS and Fusion Centers. The "electronically imprisoned" (Plaintiff) individuals home will be surrounded by these "community policing" workers with their installations, "Electronic in-home Detention", "Remote electronic monitoring and supervision" tools, "through the wall radar" and other equipment are monitored around the clock using BAN, TV, laptops, phones, electronic

equipment via wifi, cellphones, laptops, satellite, cells towers. Please see the pic below (courtesy yahoo), Picture the human in this situation is the Plaintiff!



This nationwide network of "electronically imprisoned" individuals like the Plaintiff are monitored using NASA satellites and cell towers. Obama's "Spectrum Act 2012" reallocated certain bands of the RF MHZ broadband spectrum for this purpose. As a part of Obama's job creation, the wireless carriers purchased this spectrum and leased out to the contractors and the positions like "community policing" and other jobs were created. The wireless carriers would also be testing their antenna and equipment too. However, Defendants "DOD Components" DHS, FBI and DOJ are also sharing these spectrum bands conspicuously, implemented their own "central Receiving" systems where all the surveillance data collected by these carriers, contractors goes into their servers

Former attorney general Mr. Eric Holder was instrumental in extending legal framework and constitution related to the "due process". Amendments to NDAA by former president Obama has hidden provisions to label anyone a domestic

terrorist or "watch listed" by the DHS for any "abnormal", "belligerent" activity and can "imprison" or "home detain" electronically to solve the recidivism and prison crowding. This "new due process" tool of extrajudicial system is implemented by the Defendants "DOD Components" DOJ, NIJ in conjunction with DHS, fusion centers & ISACs. The frequencies discussed in NDAA and "Spectrum ACT of 2012" show decietfull "intent to implant "electronically Incarcerate" US persons and create "community policing" jobs with duties like mobbing and stalking. The Defendant "DOD Components" NIJ awarded a contract to "Man Tech Advanced Systems," "Cooperative Agreement" #2010—IJ—CX-K024 for the purpose to "Establish a sensor, surveillance and biometrics technologies Center of Excellence within the National Law Enforcement and Corrections Technology Center whose specific task is to identify technologies and operational requirements and support the National Institute for Justice research and development programs for testing, evaluating and demonstrating technologies.."

Over the time this "community policing" "behavior modification" control operational leadership structure devolved into a "stasi style" system. Where the "*biological data asset*" "*biological-neuron-cogntive*" *identifiable private information*" metadata and his life is now in the hands of "savages" their friends, illegals,"community groups", video gamers, entertainment, organized criminals and people with psychopathc, blind and unfound hatred towards Plaintiff. Its not surprising they're comfortable taking hostage and torturing strangers and orphans! Some elements of these "stasi style" "community policing" leaders have been running their own "commodification of bodily functions" RICO crimes and "control model based harassment and torture techniques" against the Plaintiff. The Plaintiff was brutally attacked with EM weapons/triggering his implant when American hostage was killed in North Korea in 2017 and is being attacked every time a similar incidence happens. Plaintiff' has the documentation (over 300 pages) and the evidence including visual ( over 10 TB), or otherwise gathered over 7 years torture until this day, including information on a few suspects.

The executive order 13526 its not legal to classify document to conceal a crime

## Nanotechnology and Neuro Sciences

Former Presidents Clinton in 1999 started the National Nanotechnology Initiative(NNI). In 2004 Former President Bush started 21st Century Nanotechnology R& D act, with a funding of $3.7 Billion dollars. Initiative and Obama's "Brain Initiative" and its implementations through Title 10 code 2358 by the "DOD Components" through the research, development and testing in Defense Nanotechnology and Neuro Cognitive Sciences for the military (superiority). This government sponsored "collaborative research and development" various agencies in the applications area of "national security", medical, military, LEA and corrections (please see the pic below)

*"The Brain Research through Advancing Innovative Neurotechnologies, or BRAIN, as the project is now called, aims to reconstruct the activity of every single neuron as they fire simultaneously in different brain circuits, or perhaps even whole brains."*

There are approximately 100 billion (100,000,000,000) neurons in the human brain. -https://faculty.washington.edu/chudler/what.html

**The human nervous system consists of billions of nerve cells (or neurons)plus supporting (neuroglial) cells.** Neurons are able to respond to stimuli (such as touch, sound, light, and so on), conduct impulses, and communicate with each other (and with other types of cells like muscle cells).
-http://people.eku.edu/ritchisong/301notes2.htm

**Stress Kills Brain Cells Off** ---https://www.scientificamerican.com/article/stress-kills-brain-cells/
**Repeated Stress Causes Cognitive Impairment**--
http://www.acsu.buffalo.edu/~zhenyan/stress-neuron%20paper.pdf



The nanomaterial are made at universities and at government facilities please see "manufacturing.gov"

**nano particles**
Nanoparticles are small self-assembling particles with dimensions of one Billionth of a meter (0.000000001 meter). This smaller size, which allows them to penetrate physiological barriers, and travel within the circulatory systems

**Sources of nanoparticles**
Nanoparticles are produced in natural processes including volcanic eruptions, forest fires, Terrestrial dust storms, Extraterrestrial dust etc.

**Nanotechnology**
*"Nanotechnology can be defined as the design, synthesis, and application of materials and devices whose size and shape have been engineered at the nanoscale "*

<u>BAN and torture of the Plaintiff</u>

The nanoelectronics devices like "implantable Biosensors" (medical term) are made from carcinogenic advanced toxic material can be used for monitoring physical and

chemical phenomena in regions difficult to reach, detecting biochemicals in cellular organelles (please Dr. Staninger reports for more)

These "implantable Biosensors" have the ability to detect physiological changes and can transmit the information "*biological data asset*" via BAN, which is made up of waveguides and antenna implanted in the Plaintiff's body, over the RF spectrum. The key is the "unique Identification" of these devices are the reactionary properties of nano material this nanoelectronics device made up of. As you can see below (from Dr. Stanine's report) at different frequencies the nanoelectronics device in the Plaintiff's body "implantable Biosensor" behaves and reflects different aspects.

From Dr. Staningers report:
*LN: 29909 Raman Frequency Peak Results from Chromatograph*
*~ 3304 $cm"$ - Biomedical applications of polymer blends./salts...*
*~ 2854 $cm"$ - + 2925 $cm"$ Sickle pod plant (Senna obtusifolia) (RE Harry — Okura/2005) and 2925, 2854, 1738, 1679 and at 3412 $cm"$. Seed processing DoTAP alone 2963.7 $cm"$ and 2854 $cm"$. DoTAP- is for DNA Complexation with cationic lipids. (This may be an identification tag for the senor/waveguide device, which would be registered with FDA for Body Network Sensor Systems.)..*
*1237 cm—1 = organophosphorus compounds with $TiO_2$ and $WO$; surface. MARS with waveguide 8.0 um 1229 to 1237 cm..."*

This "implantable Biosensor" can receive more than one signal on the main carrier. As you see can multiple frequencies are being directed at Plaintiff's body (please see Kidders report) by different Defendant "DOD Components". This is the most important thing because the "sensing" nature of this "implantable Biosensor", these "community policing" workers, "agents", "handler", can now access the Plaintiff's location and body. And can send data, trigger or induce a "physiological response" and incapacitate the Plaintiff without regard for the life and wellbeing. Plaintiff's has documented evidence, excluding the EM/NLW/SATAN weapons attacks, nearly 130 times over the last 8 years his implants have been triggered to cause pain and incapacitation. Plaintiffs could not speak or walk properly for days after the attacks. These attacks can be felt immediately, like when they tried to shut down his lungs on Feb 11, 2011 around 8:30 PM or in prior incidences or through a "delayed response" like "sleep deprivation" since May 2011, depending on the duration and intensity.

After five years of torture, in 2015 the Plaintiff's became nearly disabled could not

work due to neurological, respiratory, digestive and dermatological problems caused by the over exposure to RF, EMF and non-ionizing radiation although he was doing detoxification (suggested by Dr. Staninger) health & wellness techniques and using vitamin supplements. And due to the damage inflicted to his spinal cord, pelvic floor (constantly applying breaks to avoid collisions), legs, reproductive organs, fatigue, headaches, constant pains and weakness, he had to devote his time in investigating and researching the crimes and recovery from the injuries.

The Defendants "DOD Components", and each of them, are in violation of Minnesota laws and rules under **Minn. Stat. §§146B.01 to 146B.10 and 18 US Code §2340** between the years of 2010 (possibly prior) through 7 May 2018 (present day)

I make this my claim the Defendants "DOD Components" US Military, DOJ, DHS,NIJ, QUALCOMM, Leo Pharma, Lockheed Martin, NASA,FBI, CIA, State of Minnesota, MDC and others for injunctive relief for **immediate** protective orders and special damages and general damages including but not limited to lost wages, past medical expenses, damages to his business(EZVIS Tech), future medical expenses and intellectual property theft for injuries and damages which were the wrongful and illegal actions of "DOD Components" on since 2010 and each and every day 24/7 until now

## Excerpts from the Investigators Reports

### 1) Dr.Staninger, Industrial Toxicologist's bio resonance report dated September 23, 2015

A bio resonance patch test by Dr. Staninger in March and an "advanced" test in September 2015, detected presence of nano material Chromium, Nano claws/Hooks Cochiliodinol and insect sting toxins in the Plaintiff's body. (Please see Dr. Staningers report Dated September 23, 2015).

*"the presence of liquid crystals is a term used in the delivery systems of nano material that may be used as time release or other type of delivery systems for medications. These materials also known as smart materials due to the fact that they have specific applied function"*

### 2) H_SCADA investigator, MS. Melinda Kidder's Report dated August 30, 2015

In the fall of 2015, Plaintiff underwent implant scanning by certified PI, Melinda Kidder, in Missouri who specialized in type of scanning called H-SCADA (Supervisory Control and Data Acquisition). The frequencies pointed at the Plaintiff body clearly traced backed to the "DOD Components" US ARMY and its research affiliates.

*"According to Ms. Kidder's report dated September 2015 "Using the Method Standard Two" at 11:18AM CST, The RF Signals scan for Birapaka initially showed 2557.837 MHZ at the 2.86 GHZ switch range. There was no specific point of the body being scanned. Further testing showed the following signals 2550.079, 2545.926, 2543.165, 2542.624. Holding the unit at certain points of the body did not seem to impact a change in the signal. It should be noted that these signals were ambient at the time of the scan and were not necessarily coming from Plaintiff but may have been directed towards him. These signals were not present prior to his arrival, or after his departure from the assessment location....Using Method Standard Seven, the spectrum analyzer a signal ambient to Birapaka at 2413.071 MHZ at 11:11 AM CST This signal was not present prior to his arrival nor after his departure from the assessment location".*

*"Based on the protocol the points of concern for Birapaka's assessment are his ELF/EMF readings above normal. Black spidering lines appeared on Birapaka's abdomen under IR. RF frequency was ambient at the time of scan which are not present prior to, after his, his visit. In addition, his eyes reflected various colors under UV and a disc shape was apparent in the sclera as noted. Finally thermal expression is limited from the nasal region which may or may not be related to the prior surgical procedure"*

(Please see Melinda Kidders report dated August 30, 2015)

In September 2015 Plaintiff once again underwent Bio-Resonance "Patch" test conducted by Dr. Staninger. This test duplicated the result of the previous test, conducted in March, again detecting nano material in the Plaintiff's body

### 3) Dr. Staningers SCADA frequency allocation investigation report dated September 16, 2015

*"Testing utilized H-SCADA Standard method Two protocol determined client was*

*reeving the following RF signals on August 30, 2015 as tested a specific location*

*In the bands 2300-2310 mHZ , 2395-2400 MHZ, 2400-2417 MHZ and 4940-4990 MHZ federal operation may be authorized on non-interference basis to authorized non-federal operations and shall not constrain the implementation of any non-federal operations"*

*"Frequency 2413.071 MHZ*

*The specific frequency 2413.071 at 2.86 GHZ is of particular interest due to **biological data asset collection**. A total 11 locations for 14 waveguides were measured and observed'*

### 4) Dr. Staningers FCC Universal Licensing Search report dated November 19, 2015

*"The signal search for the RF signal resulted in massive sub-licensing matched above 100 sub-entities. As a result of this high number value a careful review of all of the data is necessary to distinguish primary roots of the piggy back frequency sharing aspects of entities"*

### 4) Dr. Staningers Frequency Innovative Waveguide Technology report dated March 13, 2016

*"The specific waveguide technology is also used in space medicine, therefore may have an application for Earth to Space and Space to Earth transmissions using RF signals. Insummation.Mr, Vara Birapaka is exposed to nanotechnology that is used for specific functions and applications. Due to the waveguide locations within his muscular system the technology is used to receive and send signals, such as a nano horn antenna."*