UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Vara Birapaka, | Civ. No. 17-4090 (PAM/KMM) |
| Plaintiff, | |
| v. | **ORDER** |
| U.S. Army Research Laboratory, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion (Docket No. 129), which is titled "Motion for Extension of Time to Respond to Defendants' Motions to Dismiss," but is in fact a Motion requesting reconsideration of the Court's April 18, 2018, Order granting the Motions to Dismiss and dismissing this case with prejudice.

The District of Minnesota's Local Rules require a party seeking reconsideration of an order to first file a letter request for the Court's permission to file such a motion. D. Minn. L.R. 7.1(j). But even if Plaintiff had complied with the Local Rules, the Court would deny his request for reconsideration. He has not established that "compelling circumstances" warrant reconsideration of the Order. Id. He reargues the claims in his Complaint, but this Court examined those claims and found them to be utterly without merit. Should Plaintiff wish to further pursue his claims, he must file an appeal.

Accordingly, **IT IS HEREBY ORDERED that** Plaintiff's Motion (Docket No. 129) is **DENIED.**

Dated: May 9, 2018
                                                   *s/Paul A. Magnuson*
                                                   Paul A. Magnuson
                                                   United States District Court Judge