

# UNITED STATES DISTRICT COURT
## District of Minnesota

Kate M. Fogarty, Clerk
Tricia M. Pepin, Chief Deputy Clerk

| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street, Suite 100 St. Paul, MN 55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse 515 West First Street, Suite 417 Duluth, MN 55802 (218) 529-3500 | Edward J. Devitt U.S. Courthouse and Federal Building 118 South Mill Street, Suite 212 Fergus Falls, MN 56537 (218) 739-5758 |
|---|---|---|---|

## TRANSMITTAL OF APPEAL

Date:   May 23, 2018

To:     U.S. COURT OF APPEALS, 8TH CIRCUIT

From:  Maria Giorgini, U.S. District Court-Minnesota

In Re:  District Court Case No.:  17cv4090 PAM/KMM
        Eighth Circuit Case No.:  Unassigned
        Case Title:  Birapaka v. U.S. Army Research Laboratory et al

The statutory filing fee has:
  ☒ been paid, receipt number: 34641015106
  ☐ not been paid as of  Add date
        IFP     ☐ is    ☐ is not pending
  ☐ been waived because:
        ☐ Application for IFP granted        ☐ USA filed appeal

Length of Trial:  N/A  days

Was a court reporter utilized?       ☐ Yes   ☒ No
    If yes, please identify the court reporter:
    Name:  Add name
    Address:  Add street address
              Add street address
              Add city, state and zip
    Phone:  Add phone number